IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEMAR | : CIVIL ACTION |
| v. | : |
| BRIAN WATERS, et al. | : NO. 14-7102 |

## ORDER

**AND NOW,** this 20th day of July 2015, upon consideration of Defendants City of Philadelphia's and Commissioner Charles Ramsey's Motion for Summary Judgment (ECF Doc. No. 16), Plaintiff's Response (ECF Doc. No. 21), following oral argument and in accord with the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 16) is **GRANTED.** We **DISMISS** Defendants City of Philadelphia and Commissioner Ramsey from this action.

It is further **ORDERED** all claims against the unnamed John Does 4, 5 & 6, upon Plaintiff's consent, are **DISMISSED**.

The Clerk of Court shall **amend** the caption and docket as reflected above.

KEARNEY, J.